```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 33734
    GERALDINE PIPHUS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7013

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/25/2005 and was confirmed 12/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00              .00            .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY      NOT FILED              .00            .00
ADT SECURITY SERVICES     UNSECURED        NOT FILED              .00            .00
NAFS                      NOTICE ONLY      NOT FILED              .00            .00
AMERICAN GENERAL FINANCE  UNSECURED          4757.76              .00         475.78
CAPITAL ONE               UNSECURED        NOT FILED              .00            .00
CAPITAL ONE VISA          UNSECURED        NOT FILED              .00            .00
CROSS COUNTRY BANK        UNSECURED        NOT FILED              .00            .00
B-LINE LLC                UNSECURED          3747.66              .00         374.77
ORCHARD BANKCARD SERVICE  UNSECURED        NOT FILED              .00            .00
ORCHARD BANKCARD SERVICE  UNSECURED        NOT FILED              .00            .00
LERNERS                   UNSECURED        NOT FILED              .00            .00
WORLD FINANCIAL NETWORK   UNSECURED           756.69              .00          75.67
WFS FINANCIAL             UNSECURED          2187.54              .00         218.75
BANK ONE                  UNSECURED          2634.35              .00         263.44
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    14508.16              .00       14508.16
ROBIN C REIZNER           DEBTOR ATTY           .00                              .00
TOM VAUGHN                TRUSTEE                                          1,100.82
DEBTOR REFUND             REFUND                                              76.61

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              17,094.00

PRIORITY                                              .00
SECURED                                         14,508.16
UNSECURED                                        1,408.41
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,100.82
DEBTOR REFUND                                       76.61

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 33734 GERALDINE PIPHUS
```

```
                              ---------------      ---------------
TOTALS                             17,094.00            17,094.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |

                                  PAGE   2
          CASE NO. 05 B 33734 GERALDINE PIPHUS